# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Mario ALVAREZ-Reyes

**CRIMINAL COMPLAINT**

Case Number:   2:19mj1091

*United States Courts*
*Southern District of Texas*
*FILED*
*MAR 16 2019*
*David J. Bradley, Clerk of Court*

## COUNT ONE

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Within the Southern District of Texas on or about March 14, 2019, the defendant, Mario ALVAREZ-Reyes, a native and citizen of Mexico, and an alien who had previously been deported from the United States, unlawfully was present in the United States having been found at or near Brooks County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326.

## COUNT TWO

On or about March 13, 2019, the defendant, Mario ALVAREZ-Reyes, being an alien to the United States, did knowingly and unlawfully enter the United States at a location within the Southern District of Texas at a time and place other than as designated by immigration officers for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Section 1325.

I further state that I am a United States Border Patrol Agent and that this complaint is based on the following facts: On March 14, 2019, Mario ALVAREZ-Reyes was encountered by Border Patrol Agents in Brooks County, Texas. Agents determined the defendant was a citizen of Mexico, unlawfully present within the United States. Record checks revealed the defendant was ordered removed from the United States by a(n) Designated Official on March 4, 2019 and was physically removed from the United States on March 5, 2019.

This subject has one prior removals.

At this time, there is no evidence to indicate that the defendant obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security. The defendant entered the United States from Mexico at a location within the Southern District of Texas on a date reasonably close to the day the defendant was arrested and at a time and place other than as designated by immigration officers for the entrance of immigrants into the United States.

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on:

_____
Angel C. Davila
Printed Name of Complainant

March 16, 2019 at 12:15pm
Date

at

Corpus Christi, Texas
City and State

**B. Janice Ellington   U.S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

U.S. Department of Homeland Security